IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **SCARLET REYNA and MARIA ORTEGA,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| vs. | : | 3:04-CV-39 (CAR) |
| | : | |
| **CONAGRA FOODS, INC. and PILGRIM'S PRIDE CORPORATION OF DELAWARE, INC. as successor-in-interest to CONAGRA POULTRY COMPANY,** | : : : : : | |
| | : | |
| **Defendants.** | : | |

## *ORDER ON MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER*

Before the Court is Defendants' request [Doc. 19] for an extension of the discovery period in this case. A teleconference was held to discuss Defendants' motion on July 27, 2005. As stated by the Court during the teleconference, Defendants' motion is **GRANTED**, and it is hereby **ORDERED** that the discovery period in this case be extended for an additional sixty (60) days.

**SO ORDERED**, this 28th day of July, 2005.

s/ C. Ashley Royal
**C. ASHLEY ROYAL**
**UNITED STATES DISTRICT JUDGE**

JLR