Filed at _3:45 P_ M:
_Oct. 23_ , 2007
_E. Long_
BEPUTY CLERK, U S DISTRICT C...
MIDDLE DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SCARLET REYNA and
MARIA ORTEGA,

      Plaintiffs

-vs-

CONAGRA FOODS, INC. and
PILGRIM'S PRIDE CORPORATION
OF DELAWARE, Inc. as
Successor-in-Interest to
CONAGRA POULTRY COMPANY,

      Defendants.

CASE NO.: 3:04-CV-039 (CDL)

## **VERDICT FORM AND**
## **SPECIAL INTERROGATORIES TO THE JURY**

## **SECTION I**

RACE AND/OR NATIONAL ORIGIN HOSTILE WORK ENVIRONMENT CLAIMS

## **Do you find from a preponderance of the evidence:**

A.    With regard to Plaintiff Reyna:

    1.    That Plaintiff Reyna was subjected to a hostile or abusive work

environment because of her race and/or national origin?

        Answer Yes or No       _Yes_

2.    That such hostile or abusive work environment was created

and/or permitted by a supervisor with immediate or successively higher

authority over the Plaintiff?

Answer Yes or No          Yes

3.    That Plaintiff Reyna suffered damages as a proximate or legal

result of such hostile or abusive work environment?

Answer Yes or No          Yes

**Note:**    **If you answered No to any one of the**
          **preceding three questions, you need**
          **not answer the remaining questions**
          **in this sub-section and should go to**
          **sub-section B.**

4.    That the Defendants exercised reasonable care to prevent and

correct promptly any racially harassing behavior in the workplace?

Answer Yes or No          No

5.    That Plaintiff unreasonably failed to take advantage of any

preventive or corrective opportunities provided by the Defendants to avoid

or correct the harm?

Answer Yes or No          No

2

**Note:**     **If you answer "yes" to both of the preceding two questions, you should skip the remaining questions in this sub-section and go to sub-section B.**

6.     That Plaintiff Reyna should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No            Yes

7.     If you have awarded damages in the preceding question, do you find that punitive damages should be assessed against Defendants based upon Defendants' malice or reckless indifference to the Plaintiff's federally protected rights?

Answer Yes or No            No

B.    With regard to Plaintiff Ortega:

    1.    That Plaintiff Ortega was subjected to a hostile or abusive work

environment because of her race and/or national origin?

        Answer Yes or No           Yes

    2.    That such hostile or abusive work environment was created

and/or permitted by a supervisor with immediate or successively higher

authority over the Plaintiff?

        Answer Yes or No           Yes

    3.    That Plaintiff Ortega suffered damages as a proximate or legal

result of such hostile or abusive work environment?

        Answer Yes or No           Yes

**Note:**     **If you answered No to any one of the
preceding three questions, you need
not answer the remaining questions
in this section and should go to
Section II.**

    4.    That the Defendants exercised reasonable care to prevent and

correct promptly any racially harassing behavior in the workplace?

        Answer Yes or No           No

4

5.      That Plaintiff unreasonably failed to take advantage of any

preventive or corrective opportunities provided by the Defendant to avoid or

correct the harm?

Answer Yes or No          No

**Note:**     **If you answer "yes" to both of the preceding two questions, you should skip the following questions in this sub-section and go to Section II.**

6.      That Plaintiff Ortega should be awarded damages to

compensate for emotional pain and mental anguish?

Answer Yes or No          Yes

7.      If you have awarded damages in the preceding question, do you

find that punitive damages should be assessed against Defendants based

upon Defendants' malice or reckless indifference to the Plaintiff's federally

protected rights?

Answer Yes or No          No

## SECTION II

### CLAIMS OF RETALIATION FOR COMPLAINTS OF RACE AND/OR NATIONAL ORIGIN

#### DISCRIMINATION

## Do you find from a preponderance of the evidence:

A.    With regard to Plaintiff Reyna:

    1.    That a substantial motivating factor in Plaintiff Reyna's

termination was her complaints of race and/or national origin

discrimination?

        Answer Yes or No        _____Yes_____

**Note:**    **If you answered No to the preceding question,
you need not answer the remaining questions in
this sub-section and should go to sub-section B.**

    2.    That Defendants proved they would have taken the same

adverse personnel action – that is, terminated – Plaintiff Reyna despite her

complaints?

        Answer Yes or No        _____No_____

**Note:**    **If you answered Yes to the preceding question,
you need not answer the remaining questions in
this sub-section and should go to sub-section B.**

3.    That Plaintiff Reyna should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

      Answer Yes or No          Ves


4.    That Plaintiff Reyna should be awarded damages to

compensate for emotional pain and mental anguish?

      Answer Yes or No          Yes


5.    That punitive damages should be assessed against Defendants

based upon Defendants' malice or reckless indifference to the Plaintiff's

federally protected rights?

      Answer Yes or No          Yes

7

B.    With regard to Plaintiff Ortega:

1.    That a substantial motivating factor in Plaintiff Ortega's

termination was her complaints of race and/or national origin

discrimination?

Answer Yes or No           Yes

**Note:    If you answered No to the preceding question,
you need not answer the remaining questions in
this section and should go to Section III.**

2.    That Defendants proved they would have taken the same

adverse personnel action – that is, terminated – Plaintiff Ortega despite her

complaints?

Answer Yes or No           No

**Note:    If you answered Yes to the preceding question,
you need not answer the remaining questions in
this section and should go to Section III.**

3.    That Plaintiff Ortega should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No          Yes

8

4.     That Plaintiff Ortega should be awarded damages to

compensate for emotional pain and mental anguish?

Answer Yes or No          Yes

5.     That punitive damages should be assessed against Defendants

based upon Defendants' malice or reckless indifference to the Plaintiff's

federally protected rights?

Answer Yes or No          Yes

9

## SECTION III

<u>CLAIMS OF RETALIATION FOR COMPLAINTS OF AGE DISCRIMINATION AND/OR</u>

<u>OVERTIME VIOLATIONS</u>

## Do you find from a preponderance of the evidence:

A.    With regard to Plaintiff Reyna:

1.    That a substantial or motivating factor in Plaintiff Reyna's

termination was her complaints of age discrimination and/or overtime

violations?

Answer Yes or No            Yes

**Note:**    **If you answered No to the preceding question,**
**you need not answer the remaining questions in**
**this sub-section and should go to sub-section B.**

If your answer is yes, state whether the factor was:

Complaints of age discrimination            No

Complaints of overtime discrimination        Yes

Or both                            _____

2.    That Defendants proved they would have taken the same

adverse personnel action – that is terminated – Plaintiff Reyna despite her

complaints?

Answer Yes or No            No

10

**Note:**    **If you answered Yes to the preceding question,
you need not answer the remaining questions in
this sub-section and should go to sub-section B.**

3.    That Plaintiff Reyna should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No     Yes


4.    That a Defendant knew or showed reckless disregard for

whether its conduct was prohibited by law?

Answer Yes or No    Yes


11

B.    With regard to Plaintiff Ortega:

1.    That a substantial or motivating factor in Plaintiff Ortega's termination was her complaints of age discrimination and/or overtime violations?

Answer Yes or No                    Yes

**Note:    If you answered No to the preceding question, you need not answer the remaining questions in this section and should go to Section IV.**

If your answer is yes, state whether the factor was:

Complaints of age discrimination              No

Complaints of overtime discrimination        Yes

Or both                                       _____

2.    That Defendants proved they would have taken the same adverse personnel action – that is terminated – Plaintiff Ortega despite her complaints?

Answer Yes or No                    No

**Note:    If you answered Yes to the preceding question, you need not answer the remaining questions in this section and should go to section IV.**

12

3.     That Plaintiff Ortega should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No          Yes

4.     That a Defendant knew or showed reckless disregard for

whether its conduct was prohibited by law?

Answer Yes or No          Yes

13

## SECTION IV

### CLAIMS OF RETALIATION FOR COMPLAINTS OF FRAUD IN VIOLATION OF THE

### SARBANES-OXLEY ACT

## Do you find from a preponderance of the evidence:

A.    With Regard to Plaintiff Reyna:

1.    That Plaintiff Reyna reported practices which she reasonably

believed constituted mail or wire fraud in violation of federal law?

Answer Yes or No          Yes

2.    That Defendants knew of these reports?

Answer Yes or No          Yes

3.    That Plaintiff Reyna's reports were a contributing factor in her

termination?

Answer Yes or No          Yes

## Do you find by *clear and convincing* evidence:

4.    That Defendants would have taken the same adverse personnel

action – that is, terminated – Plaintiff Reyna despite her reports of fraud?

Answer Yes or No          No

**Note:**    **If you answered Yes to the preceding question,**
              **you need not answer the remaining questions in**
              **this sub-section and should go to sub-section B.**

14

## Do you find from a preponderance of the evidence:

6.     That Plaintiff Reyna should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No            Yes

15

B.    With regard to Plaintiff Ortega:

    1.    That Plaintiff Ortega reported practices which she reasonably

believed constituted mail or wire fraud in violation of federal law?

        Answer Yes or No            _____Yes_____

    2.    That Defendants knew of these reports?

        Answer Yes or No            _____Yes_____

    3.    That Plaintiff Ortega's reports were a contributing factor in her

termination?

        Answer Yes or No            _____Yes_____

**Do you find by *clear and convincing* evidence:**

    5.    That Defendants would have taken the same adverse personnel

action – that is, terminated – Plaintiff Ortega despite her reports of fraud?

        Answer Yes or No            _____No_____

**Note:**    **If you answered Yes to the preceding question,
you need not answer the remaining questions in
this section and should go to Section V.**

16

## Do you find from a preponderance of the evidence:

6.     That Plaintiff Ortega should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No              _____ Yes _____

## SECTION V

### DAMAGES

A.   Compensatory Damages

    1.   Emotional Pain and Mental Anguish

       a.   If you answered "yes' to questions I(A)(6) or II(A)(4), what

          amount of damages for emotional pain and mental

          anguish do you award to Plaintiff Scarlet Reyna?

          $ _22,500_

       b.   If you answered "yes" to questions I(B)(6) or II(B)(4) what

          amount of damages for emotional pain and mental

          anguish do you award to Plaintiff Maria Ortega?

          $ _22,500_

    2.   Lost Wages and Benefits

       a.   If you answered "yes" to questions II(A)(3), III(A)(3), or

          IV(A)(6), what amount of damages for lost wages and

          benefits do you award to Plaintiff Scarlet Reyna?

          $ _73,059.93_

18

    b.    If you answered "yes" to questions II(B)(3), III(B)(3), or

          IV(B)(6), what amount of damages for lost wages and

          benefits do you award to Plaintiff Maria Ortega?

          $ ~~21,871.17~~   21,871.17

B.    Punitive Damages

    If you have answered "yes" to question I(A)(7), I(B)(7), II(A)(5), or

II(B)(5) indicating that punitive damages should be assessed against

Defendants, what amount do you find should be assessed against

Defendants as punitive damages:

    $ 275,000.00

SO SAY WE ALL

This _23rd_ day of _October_ , 2007.

                        Jury Foreperson